United States District Court
Southern District of Texas
**ENTERED**
October 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| K.N.F., § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 1:20-CV-158 |
| § | |
| JOSE GARCIA LONGORIA JR., *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

The Court has considered Petitioner's Opposed Motion to File Action using Pseudonym (Doc. 2) and Petitioner's Opposed Motion for Leave to File Exhibits under Seal (Doc. 4). Based on the record and the applicable law, it is:

**ORDERED** that Petitioner's Opposed Motion to File Action using Pseudonym (Doc. 2) is **GRANTED**;

**ORDERED** that Petitioner's Opposed Motion for Leave to File Exhibits under Seal (Doc. 4) is **GRANTED**;

**ORDERED** that Petitioner file Exhibits 6, 8, and 15 referenced in his Memorandum in Support of Petition for Habeas Corpus (Doc. 3) and an unredacted copy of his Petition for Writ of Habeas Corpus (Doc. 1) under seal; and

**ORDERED** that Petitioner may file documents and proceed in this action using only his initials.

SIGNED this 2nd day of October, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge